UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

TYRONE CURETON

                                                       : Bankruptcy No. 14-17205JKF
            Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: August 22, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

GEORGETTE MILLER ESQ
GEORGETTE MILLER & ASSOCIATES
335 EVESHAM AVENUE
LAWNSIDE NJ 08045-

TYRONE CURETON
8314 PICKERING AVENUE
PHILADELPHIA,PA.19150